# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Kelly Hustedde
    v.

Midway Arms, Inc.

Case Number: 09-4003-CV-C-MJW

_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

ORDERED that defendant Midway Arms' motion for summary judgment is granted and plaintiff Hustedde's claims are dismissed.

ENTERED ON: September 15, 2010

                                            ANN THOMPSON
                                            Court Executive

                                            /s/ J. Price

                                            (By) Deputy Clerk